GUISEPPE GANGI, Respondent, *v.* JACOB FRADUS, Appellant.

First Department, December 31, 1917.

See head note in *Gangi* v. *Fradus* (*ante,* p. 869).

APPEAL by the defendant, Jacob Fradus, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of New York on the 26th day of April, 1917, upon the verdict of a jury for $500, and also from an order entered in said clerk's office on the 27th day of April, 1917, denying defendant's motion for a new trial made upon the minutes.

*Walter L. Glenney* of counsel [*Bertrand L. Pettigrew,* attorney], for the appellant.

*Thomas J. O' Neill* of counsel [*Leonard F. Fish* with him on the brief], for the respondent.

SMITH, J.:

The judgment and order should be reversed and a new trial ordered, with costs to appellant to abide the event, on opinion in *Gangi* v. *Fradus* (180 App. Div. 869), handed down herewith.  The finding that plaintiff's son was free from contributory negligence is reversed.

CLARKE, P. J., and SHEARN, J., concurred; SCOTT and PAGE, JJ., dissented.

Judgment and order reversed, new trial ordered, costs to appellant to abide event.